**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 11-2005**

—————————

MICHAEL J. SINDRAM,

                    Plaintiff – Appellant,

        v.

DOUGLAS B. ROBELEN, State Actor; GERALD BRUCE LEE; PHYLLIS
T. WALTON; LISA GRAYSON; U.S. MARSHAL SERVICE; JOHN
HACKMAN,

                    Defendants – Appellees,

        and

PATRICIA L. HARRINGTON,

                    Defendant.

—————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Gerald Bruce Lee, District
Judge.  (1:09-cv-01082-GBL-IDD)

—————————

Submitted:  December 15, 2011       Decided:  December 19, 2011

—————————

Before GREGORY, SHEDD, and DAVIS, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Michael J. Sindram, Appellant Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael J. Sindram appeals the district court's order enjoining him from filing further civil actions in the district court without receiving pre-filing authorization. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Sindram v. Robelen</u>, No. 1:09-cv-01082-GBL-IDD (E.D. Va. Aug. 19, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>